IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON TRAVIS GRAY, a/k/a "donttacoboutit" a/k/a "Lazyairmen#7460",<br><br>Defendant. | No. 3:23-mj-00018-KFR |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Krista Lang, having been first duly sworn, do hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a criminal complaint and arrest warrant pursuant to Federal Rules of Criminal Procedure 3 and 4. As explained more fully below, I have probable cause to believe that JASON TRAVIS GRAY has committed the following federal criminal offenses:

> **Count 1 – Distribution of Child Pornography**: That on or about June 3, 2022, within the District of Alaska, the defendant, JASON TRAVIS GRAY, using a means and facility of interstate and foreign commerce, knowingly distributed child pornography and material containing child pornography that had been shipped and transported in and affecting interstate and foreign commerce, including by computer.
>
> All of which is in violation of 18 U.S.C. § 2252A(a)(2), (b)(1).
>
> **Count 2 – Possession of Child Pornography**: That on or about September 2022, within the District of Alaska, the defendant, JASON TRAVIS GRAY, knowingly possessed a computer disk and other material that contained images of child pornography which involved a prepubescent minor and a minor who had not attained 12 years of age, and which had been mailed,

shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, including by computer, and which was produced using materials that have been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All of which is in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 05/13/2018. As a Special Agent for the FBI, I am assigned to the Anchorage FBI Joint Terrorism Task Force and work a variety of criminal and national security matters, including investigating violent threats made on the internet in furtherance of violent ideology or rhetoric. Prior to my employment as a Special Agent, I was an Intelligence Analyst with the FBI for approximately two years on a Joint Terrorism Task Force. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. 2252 and 2252A, and I am authorized by law to request a search warrant.

3. As a federal agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States.

4. The statements in this affidavit are based in part on information provided to me by other law enforcement officers, police reports, my own investigation of this matter, and my training and experience. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a complaint and securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.



## FACTS ESTABLISHING PROBABLE CAUSE

5. JASON TRAVIS GRAY is currently an active-duty airman in the United States Air Force. In September 2022, agents with the U.S. Air Force Office of Special Investigations obtained and imaged electronic devices belonging to GRAY: a CYBERPOWERPC Desktop, model C Series, S/N: ET9973-1037 ("Target Device 1") and his cell phone, a Google Pixel 5 with IMSI 310260977135690 ("Target Device 2").

6. On November 2, 2022, I applied for and was granted federal search warrant 3:22-mj-00466-MMS, authorizing the search of Target Device 1.

7. On November 21, 2022, as agents reviewed the contents of Target Device 1 in accordance with the warrant, they observed images that appeared to constitute child pornography as defined by 18 U.S.C. § 2256(8).

8. One image depicted an adult white male putting his penis in the mouth of a prepubescent female who appeared to be 8 to 10 years of age.

9. A second image depicted an adult white male penetrating the vagina of a prepubescent white female who appeared to be approximately 1 to 3 years of age with his penis.

10. A third image depicted an adult white male inserting his penis into a prepubescent white female who appeared to be approximately 7 to 9 years of age.

11. After observing the three images described above, agents paused the execution of the search warrant.

12. On November 23, 2022, I applied for and was granted search warrant 3:22-mj-00513-KFR, authorizing a search of Target Device 1 for contraband, fruits, instrumentalities, and evidence of violations or attempted violations of 18 U.S.C. §§ 2252(a)(2) and (a)(4)(B) and 2252A(a)(2) and (a)(5)(B) (distribution, receipt, and possession of visual depictions of minors engaging in sexually explicit conduct and of child pornography).

13. Agents began executing the 3:22-mj-00513-KFR warrant on November 25, 2022. On reviewing the content of Target Device 1, agents identified additional images constituting child pornography. This included a series of images identified through hash value comparison as the "LS" series. From my training and experience, I know that "LS" stands for the "Lolita Series", which is a Ukrainian-based commercially produced CP series of pre-pubescent and young teen girls between the late 1990's and early 2000's. The series depicts young girls in natural poses in various stages of undress who then transition to fully nude in more sexually suggestive poses. Among the images in the series are several images of prepubescent girls ranging in age from 1-9 years old.

14. OSI agents obtained a warrant for the contents of Target Device 2, through which they were able to view messages from the Kik account used on the phone ("Target Kik Account 1"). The Kik account used the username "donttacoboutit", and the display name "Mike Hawk". Target Device 2 contained a conversation between Target Kik Account 1 and another user ("Target Kik Account 2").

15. During this conversation, which took place on June 3, 2022 AKDT according to the

message timestamps, Target Kik Account 2 sent Target Kik Account 1 several child erotica images of a white female approximately 5-7 years old. (These images do not appear to constitute child pornography as defined by 18 U.S.C. § 2256(8).)

16. During these conversations, Target Kik Account 1 sent Target Kik Account 2 a series of sexually explicit images of a white female: Target Kik Account 1 described the subject of the images as a 14 year old, and the age of the female is consistent with someone approximately 14 years old. Agents were subsequently able to identify the images as 14 year old female to be a known child victim from an FBI innocent images investigation.

17. One of the images depicts the victim, prone, fully nude on a bed. The victim's legs are spread, lasciviously exhibiting her genitals and anus.

18. On January 10, 2023, agents executed a search warrant on GRAY's residence in Anchorage, Alaska. The search revealed one additional firearm, two threaded pistol barrels, pistol/rifle ammunition and several magazines for both pistol and rifle. The search is still pending results from all storage media and electronic devices.

19. On January 10, 2023, I contacted GRAY near his duty station at Joint Base Elmendorf-Richardson.

20. Because I had reasonable grounds to believe that GRAY had committed felony offenses cognizable under the laws of the United States, I arrested him pursuant to my authority under 18 U.S.C. § 3052. GRAY was subsequently remanded to the custody of the U.S. Marshals and is incarcerated at the Anchorage Correctional Complex.

**CONCLUSION**

21. I have probable cause to believe that GRAY has committed the offenses described in the complaint. Accordingly, I ask the court to issue a warrant for GRAY's arrest in accordance with Federal Rule of Criminal Procedure 4(a).

RESPECTFULLY SUBMITTED,



Krista Lang
Special Agent, FBI

Attested to and subscribed and sworn
pursuant to Fed. R. Crim. P. 4.1
Telephonically sworn to, and electronically signed. on _____January 10, 2023_____.

The Hon. Kyle F. Reardon
United States Magistrate Judge

U.S. v. Gray
3:23-mj-00018-KFR