Jane M. Imholte
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: jane_imholte@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>JASON TRAVIS GRAY,<br><br>               Defendant. | Case No. 3:23-cr-00008-JMK-MMS<br><br>**UNOPPOSED MOTION TO CONTINUE IMPOSITION OF SENTENCE HEARING** |

    Defendant Jason Travis Gray, through counsel, Jane M. Imholte, Assistant Federal Defender, moves this Court for continuance of the Imposition of Sentence hearing set for September 19, 2023, at 10:00 a.m. due to a conflict in undersigned counsel's calendar. Defense counsel requests the hearing be reset to a time after October 17, 2023.

    Assistant United States Attorney, Christina Sherman, does not oppose this motion.

    DATED at Anchorage, Alaska this 22nd day of August, 2023.

                                            Respectfully submitted,
                                            FEDERAL PUBLIC DEFENDER
                                            DISTRICT OF ALASKA

                                            */s/ Jane M. Imholte*
                                            Jane M. Imholte
                                            Assistant Federal Defender

            <u>Certificate of Service</u>:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United

States District Court for the District of Alaska by using the district's CM/ECF system on August 22, 2023. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

/s/ Jane M. Imholte