

# Shepherd House
## COUNSELING SERVICE

23 October 2023

To Whom it May Concern:

Sirs:

Please reference this statement to the file of Mr. Jason Gray. It was unsolicited by either Mr. Gray or his Public Defender. I am producing it while seeking no payment, in order to communicate that I am solely interested in communicating my assessment of truth/reality which may assist the court in making a wise sentencing decision.

I have enclosed my resume to verify my credentials. Following is information pertinent to this assessment of Mr. Gray and his offense. I have been an Alaska- licensed therapist since 1989. I have provided relapse prevention coaching for sex offenders, alcohol addicts and others with habits hard to overcome. Mr. Gray sought counseling in February 2023 for help to both cope with his world crashing in and to overcome his pornography addiction. We have met nearly weekly from 27 February through 20 October.

Although there is no evidence of direct sexual abuse of child victims, distribution of child pornography must classify Mr. Gray as a sex offender. Additionally, the images he received and the images he shared with others possibly revealed a desire for child sexual abuse and maybe even tempted actual child sexual abuse. If any abuse by others resulted from that, it seems this made Mr. Gray an accessory to criminal sexual behavior in addition to porn distribution.

Mr. Gray's behavior and possible desires thus warrants an examination of the indicators of motivation and progress for sex offenders. These primarily include the following: an unwavering agreement with the standards and laws relating to appropriate sexual behavior; a full assumption of responsibility/guilt for the misbehavior that deviates from those standards; an understanding of the real and potential harm done to victims, along with an ability to empathize with and experience genuine remorse over the pain that he caused or may have caused the victim; a willingness to accept both society's judicial punishment and the negative reactions of individuals to him because of his crime; and an understanding of the external and internal factors/influences that impacted the decision to offend, with a strong desire to do the work required to eliminate those factors that could tempt relapse.

Before I begin my explanation of what I discovered about Mr. Gray in relation to the above criteria for relapse prevention, it is vital to address the degree to which he has been transparent, as this totally impacts the trustworthiness of my conclusions and statement. This is a crucial issue because sex offenders rival alcoholics as notorious liars who are very effective at getting people to falsely believe they are truthful and motivated for change.

13135 OLD GLENN HIGHWAY    •    SUITE 200    •    EAGLE RIVER, ALASKA 99577    (907) 696-1212

Mr. Gray does not fit the mold. During the 30 plus hours of counseling here, what he has told me has been consistent, without contradictions to what he previously told me. He has been willing to tell even embarrassing truth, despite his obvious shame and fear of my criticism. I worked for months in the Highland Mountain prison sex offender treatment program (SOTP) attempting to get some men to take full responsibility for their crimes. That stands in stark contrast to Mr. Gray's immediate acknowledgement of his guilt without minimizing it or blaming others. I have therefore been able to trust Mr. Gray, which gives me confidence in the accuracy of my assessment of him.

My assessment includes the following:

a) That Mr. Gray recognized his child porn was wrong before he was caught with it. He told me he had stopped receiving and sending it several months prior. He said that time sequence was unverifiable, but because of his honesty I believe his statement.

b) That his sexual interests do not include pedophilia. In testing, he was evaluated as having a moderate risk of resuming pornography, and a low risk to sexually offend.

c) That he desires no more pornography of any kind, as he now realizes how harmful it is. He understands that his use of soft porn had led through increased tolerance to harder porn, which led to distribution of naked pictures of himself and his wife, and which then led to receiving and sending the child porn.

d) That he is absolutely disgusted with himself for his behavior, which suggests strong motivation to be much more of a man of integrity going forward. Some statements reveal this: 'I'm ashamed of everything I've done, and I feel less of a man.' On the resulting loss of self-respect, 'It's a vicious cycle feeding on itself.' 'To be a better person, I can't have any porn, anything suggestive or lewd.'

e) He has humbled himself to apologize to significant others (wife, her parents, his mother, etc.) as part of reasserting his belief in righteous standards and taking steps to hold himself accountable. He has done this without any coaching from me. It is a crucial step on the path toward relapse prevention.

f) He studied the contributors to his deterioration into greater darkness, concluded that his failure to find people to relate honestly with about his issues facilitated that deterioration, and has been determined to reach out, open up and get feedback. That is why he sought out my support, and also that of his unit Chaplain.

In conclusion, I believe the evidence strongly suggests the reality of Mr. Gray's stated determination to become a man of increased integrity and self-discipline, and to positively use the crisis he has caused for himself toward that end.

Sincerely,

*Lee Cage*

Lee E Cage, LCSW

# LEE E CAGE

~~17325 Teakoana Way~~ 18012 Hillcrest Drive

Eagle River, AK 99577

| (907 696-1212 | (907) 862-4845 (cell) | (907) 694-7845 (home) |

## EMPLOYMENT OBJECTIVE

To provide individual, marital and family therapy

## EXPERIENCE

April 1990 - Present     Clinical Social Worker and Director, Shepherd House
Counseling Service, Eagle River, Alaska
-Provide individual, marital and family therapy

May 1994 - Feb 2020 ~~Present~~     Clinical Social Worker, Cornerstone Medical and Counseling
Clinic, Anchorage, Alaska (part time)
-Provide individual, marital and family therapy

April 1992 - May 1995     Sex Offender Treatment Provider, under contact with State of
Alaska Department of Corrections, Anchorage, Alaska
-Provided individual and group sex offender treatment

April 1990 - March 1994     Clinical Social Worker, Langdon Psychiatric Clinic,
Anchorage, Alaska (part time)
-Provided individual, marital and family therapy

April 1990 - Feb 1992     Clinical Social Worker, Langdon Psychiatric Clinic,
Anchorage, Alaska
-Provided individual and group therapy at the Sex Offender
Treatment Program, Highland Mountain Correctional
Center, Eagle River, Alaska

July 1985 - Feb 1990     Chief, Community Mental Health Service, Fort Richardson,
Alaska
-Provided individual and marital therapy for active duty and
Retired military personnel and their family members.
Provided and administered mental health, crisis
intervention and family advocacy (child and spouse abuse)
case management services; supervised staff

# LEE E CAGE

## EXPERIENCE

July 1982 - June 1985    Social Worker,Hospital Social Work Service, Fort Polk,
Louisiana
-Provided individual and marital therapy, managed spouse abuse
cases, provided parenting education.;  supervised one social
work technician

Nov 1976 - June 1982    Social Worker, Army Community Service, Fort Bragg, North
Carolina
-Provided individual therapy, crisis intervention for abusive
couples, parenting education and community education for
child abuse prevention;  supervised one social work technician

Jan 1973 - Oct 1976    Social Worker, Mental Hygiene Consultation Service, Fort Ord,
California
- Provided individual therapy, crisis intervention and mental
status evaluations

April - Dec 1972    Chief, Hospital Social Work Section, Saigon, South Vietnam
-Provided individual therapy, crisis interventin and mental
status evaluations;  supervised two paraprofessions

Jan - March 1972    Social Worker, Drug Treatment Center, Cam Rahn Bay,
South Vietnam
- Provided individual and group therapy for soldiers involved
In heroin detoxification

Jan - Dec 1971    Social Worker, Correctional Training Facility, Fort Riley,
Kansas
-Provided individual therapy, taught drug/alcohol classes, and
coordinated  Alcoholics Anonymous group for inmates

## EDUCATION

Master of Social Work, 1970, University of North Carolina, Chapel Hill, NC
Bachelor of Science, 1967, U.S. Military Academy, West Point, NY

## LICENSE

Clinical Social Work, State of Alaska, license # 6, issued May 1989

## PERSONAL DATA

Born--1 February 1944
Married (1969 - Present), five children and one legal ward

## VALUE ORIENTATION

I am a Christian, and Biblical values influence my understanding of people and my therapeutic perspectives, . However, I believe that true religious commitment is completely volitional. Therefore, a client's interest or disinterest in religious faith and values must be fully respected.

Mary Moles

Rockledge, FL 32955

November 3, 2023

Judge Kindred
Federal Public Defender
For the District of Alaska
188 W. Northern Lights Blvd, Suite 799
Anchorage, Alaska 99503

Dear Judge Kindred:

      I am writing on behalf of Jason Travis Gray. I have known Jason since he was in high school singing in choir. I was the CVHS Choir Booster President and got to meet and work with both the students and the parents in the program. Although I am no longer the high school booster president, Jason still stands out as one of the most outstanding students in the program. I have kept up with him as he signed up to serve in the Air Force. I supported him with letters and care packages when he went through his basic course. I proudly watched his enlistment online. And, I was privileged to be his secret photographer hiding in the bushes capturing the moment when he got down on bended knee to propose to his wife.

      While I am saddened by the recent actions that got Jason in trouble, I write to assure you that I believe Jason is NOT that person. Please don't define Jason by his mistake. Jason is hard working. He knows and excels with hard work to accomplish a goal, especially if it's a team goal. He knows how to care for others, how to blend and support others so the team will be stronger and better. He knows how to dig deep and when you feel dog tired not to complain but to pitch in and work harder.

      This is the Jason that I know. For years and years Jason has worked hard to accomplish his goals. Did I emphasize the plural in YEARSSSSS. It has taken patience and self-sacrifice to educate and physically train himself to a level of excellence both in choir and in the Air Force. I realize choir seems like a worthless class to the practical, but it taught him all the skills that allowed him to excel in the Air Force. It taught him team work, hard work beyond the required work hour, and the basic philosophy...others, others, others. How to care and think of others. How to take responsibility for your own mistakes. How not to blame your mistake on others but how to learn and move on.

This is the Jason I know. His kindness, his gentle smile, his caring and respect for all people is oh so evident. Its truly a tender moment watching him interact with his uncle who is a severely non-verbal autistic. Jason makes his Uncle smile not out of forced or fake relationship, but because he truly shows genuine love and kindness.

I ask you, Judge Kindred, that you see beyond the many military men you have had before your court with attitudes and fake pleas for lenience. Jason will be stronger and better and will use this "failure" for good. That's who he is. Please see him for all that he is and will be.

Sincerely,

Mary Moles

Mary Moles

Lynne Babcock

Fairview, NC. 28730

November 12, 2023

Judge Kindred
Federal Public Defender for the District of Alaska
188 W. Northern Lights Blvd., Suite 799
Anchorage, Alaska. 99503

Dear Judge Kindred,

I am writing to you on behalf of Jason Gray. I was the choral director at Centreville High School when Jason was there as a student, and he was in several of my choirs for all four of his high school years.

Because Jason was my student for four years in a team setting, I got to know him very well. I had the privilege of watching him grow and mature, and I can tell you that it was an absolute joy having him as a student. He was the kind of student that I wished I could clone. He had an outstanding work ethic and was very self-disciplined and organized. He was extremely responsible and committed and he worked very hard on behalf of the choir department, volunteering whenever we needed help with anything. I could always count on him and I knew that choir meant a great deal to him because of his obvious enthusiasm, focus, and dedication to his work and to his choir-mates. He always contributed positively and valuably to the work of the ensembles he was in. He was highly respected by his peers and teachers alike, and he was an extremely kind, thoughtful, and caring young man.

I kept loosely in touch with Jason after he graduated. The last opportunity I had to spend considerable time with him was at his mother's wedding in 2018. I have kept track of him through her since then.

Jason was one of the finest young people that I had the honor to teach in my 35-year career as a high school choral director. When I reconnected with him in 2018 we had the opportunity to talk and catch up, and I could see that all those wonderful qualities that I had valued in him in high school had only grown exponentially. I was thrilled that he had joined the Air Force, as I was raised by an Air Force officer and grew up as an Air Force "brat". I loved that life, and I was excited for him that he was going to experience that life as a career. During that last visit he told me how much he loved his job and how happy he was that he had made this life choice.

I truly believe that Jason is still the beautiful young man that I have always known. I also believe that he will learn from his mistakes and will strive to make amends and that this will be a sobering and profound wake-up call for him. Jason has always been a person of quality and integrity. I beg you to see him not just in light of the crime he has committed, but also in light of all the good he has done and because of the person that he is, and to be lenient in your judgement of him.

Respectfully,

*Lynne Babcock*

Lynne Babcock

Dear Judge Kindred,

I currently work as an Insurance Agent in Manassas Virginia. My first job right out of high school was as an assistant teacher with Apple Tree Preschool and Academy. I've also worked in 2 other child care centers, 1 of which I left due to a child safety issue I saw that the director chose to ignore.

I've known Jason since he was born, we're cousins. Sometimes it felt more like Jason was a little brother as he's the cousin I've spent the most time with. Any time there was an activity that Jason needed a father figure for my dad was the one that stepped in.

Jason has always been a hard worker and very responsible. I've mentioned to friends that he was every parent's dream as a teenager. As a kid he adored being part of the performing arts I think both because it was fun to pretend and it was fun to do something he could do that put a smile on our Nana's face.

During his high school years our Nana mentioned his maintaining high grades while also being in JROTC and having an after school job. According to Nana his employer adored him. He would save most of his earnings too, choosing to spend money on thrifting when needed as opposed to buying the more expensive trendy items.

Our Uncle Daniel has autism. In recent years the descriptions involved with autism have changed, but his level of assistance needs used to have the designation of "low functioning". Even still, it's always seemed that he's adored Jason maybe just a little more than the rest of us nieces and nephews, a feeling I think Jason reciprocates. He's certainly been the 1 to help with Uncle Daniel's needs more than the rest of us do.

When Jason was about 12 years old I had to have oral surgery just a few hours before Uncle Daniel was to have a doctor's appointment. After my surgery we headed to Nana's where Jason was tasked with checking on me as I napped on the couch every few minutes while they were gone. Most other kids his age would have become so obsessed with whatever they were doing to enjoy their 1st few days of summer break that they'd forget about the existence of their sleeping cousin. I do remember groggily watching 1 moment as Jason paused his video game and looked back at me to be sure I was doing alright.

I've also been told about how during his time in the Air Force his superiors have put in for promotions or other recognized awards for him at a quicker pace than most see them. As I understand it his superiors were always impressed with his dedication, desire to not only do the job but do it right, and his desire to learn new things.

Sincerely,
Becky Brown



Dear Honorable Judge Kindred,                                        November 17, 2023

I am writing this letter on behalf of Jason Travis Gray.

My name is Cassie Lingle and I am the Human Resource Manager at Bean's Cafe. Being a Second Chance Employer and in the line of work we do, I come across all walks of life in this role. Working with Jason has been rewarding and inspirational.

Jason started volunteering with us prior to his employment of May 29, 2023. He is hard working, respectful, and keeps a positive attitude. He is polite, helpful, and always seems to have a smile on his face. He is an outstanding example for other employees. He shows up on time and has not missed one day of work. He works in the bakery, teaching others what he has learned and continues to learn more recipes & techniques even though his days are numbered.

During the one on ones in my office, Jason has opened up about his struggles and his commitment to getting help by following the necessary steps that have been laid before him. I have witnessed continued remorse for his actions, something I know firsthand does not usually happen when people commit offenses. His continued willingness to change is extraordinary - I am really proud of how far he has come in the amount of time I have known him.

I too have had struggles in my past. I have been in recovery for over 10 years. I have been that person who showed no remorse for the things I had done. I was the one standing in front of a judge – not caring what happened to me until someone showed me a different way – that I mattered – that I was not alone - that I could change. That no matter how far down I had gone, there was a way out. That came through by people giving me a chance until I believed in myself.

I watched a Ted Talk once about addiction. The speaker said something that stuck with me ever since. He said, "the opposite of addiction is connection." Here at Bean's Cafe, we give people more than a job – we give them a purpose, a connection that they are not alone, that they are worth fighting for. We believe in Jason. No matter what happens, he will always have a place here.

I hope this letter has given you a better perspective of who will stand before you on November 29th. Please consider leniency, sir. My prayer is you will be the one who shows Jason a different way – who gives him a chance until he believes in himself.

Respectfully,

*Cassie Lingle*

**Cassie Lingle, SHRM-CP**
HR Manager, Bean's Cafe
a. 1020 E. 4th Ave. Anchorage, AK 99501
o. 907.297.5606
clingle@beanscafe.org
Bean's Cafe exists to fight hunger, one meal at a time, while providing a pathway to self-sufficiency with dignity and respect.

beanscafe.org
907.433.8601
INFO@BEANSCAFE.ORG
1020 E. 4TH AVENUE
ANCHORAGE, ALASKA 99501
Tax ID:92-0072522 | CFC: 93858
Winner of the 2019 Better Business Bureau Torch Award for Ethics

Case 3:23-cr-00008-JMK-MMS   Document 58-1   Filed 11/22/23   Page 9 of 21

Nov. 14, 2023

Dear Judge Kindred:

I am Lillie D Gray. I live in Centreville, Va. I am Jason T. Gray's grandmother. Jason's Nana. I have been with or near Jason all his life. He is my heart. I love him so very much. I am so thankful that Jason is my grandson. He says he is my favorite grandson which is true. He has never given anyone any trouble.

I know what he did was the worst thing that he could do. But what he did was not the same young man that he was all his life. He was a changed person after he came back from Afghanistan. He was glad to go and serve his country. He did a great job and saved a lot of lives. He didn't tell us. His officers told us. But his Mental health was not the same, but the Air Force would not help him. He tried to handle it himself. But no one can do that, it only gets worst. But it isn't just Jason. It's thousands of other men and women that gets thrown out into a world full of hate. With no help. It's wrong, very wrong. They love their country. They serve their country and when they need help, there's no help for them. I've always been able to help Jason. I love Jason. I'm thankful for Jason. But now I can't help him. It's wrong so very wrong. I am eighty eight years old. I will probably

not be at Jason is a

Very special young man. He loves his Special Needs Uncle Daniel and Jason is very good to his Uncle Daniel. Daniel is my youngest son and he has Autism and seizures. Daniel is non Verbal and very low functioning He is forty nine years old. He loves Jason.

There needs to be something done to help, not just Jason but all the other men and Women. They have served our country. They deserve better than being thrown out. Why, why can't something be done to help them?

Jason isn't bad. He is a good man. I love him. I'm thankful for him.

I pray that you will help Jason.

Regards —

Lillie D. Gray

Lillie D. Gray

Dear Judge Kindred,

My name is Joanie Brown. I am Jason Travis Gray's maternal aunt. I am currently a data entry clerk for my husband's business, Brown's Insurance Agency, Inc., here in Virginia. I am and have been an active member of my church for over 30 years where I have held various roles of responsibility. I'm a mother of two grown daughters and a grandmother of one grandchild.

I have known Jason all of his life since he is the son of my sister. I have had the privilege of watching him grow up and seeing his interactions with other people throughout his life not limited to family members.

Jason has always been a hardworking, respectful, intelligent young man. He is consistently willing to help others if he is able. He is kind to animals including domestic animals and wildlife. He has a genuine love and concern for his young cousin, my granddaughter. Jason has a great desire to do good and make a positive impact in any community in which he resides.

When Jason was 8 years old, my family adopted our first Corgi who immediately became a member of the family, not just a pet. Jason and our Corgi, Jack, bonded with each other right away. Even though Jason was still young himself, he quickly proved to us that he had the maturity to care for Jack appropriately under adult supervision. Jason learned to care, feed, water, walk, and play with Jack and to do those tasks with exactness. This is an inherent quality of Jason. When he learns the steps necessary for something to be done, he will follow those steps to ensure the task is done properly. Jason has a love and concern for my granddaughter since she was born fifteen weeks early. He was only 16 years old when she was born, but he consistently wanted to know what was happening with her and how she was doing. He loves to hear about her to this day. Jason was 12 years old when my husband was diagnosed with Hodgkin's lymphoma. During my husband's chemotherapy treatment, our basement flooded ruining everything on the floor and the walls. My husband was too weak at the time to help clean out the basement, but Jason very generously agreed to help do this monumental task with me during a very hot, summer week. We spent many hours and days bringing things out of the basement to load into our pickup, and we took many loads to the landfill. Throughout all this grueling labor, Jason did not complain one time. He simply did what needed to be done.

Jason is a wonderful young man.

Thank you for your time and consideration.

Sincerely,

Joanie Brown

Dear Judge Kindred,

My name is Joy Faith Gray. I am Jason Travis Gray's mother, and only parent. I have literally known Jason his entire life. Jason is my only child. Jason has always been a great son.

For the first 15 years of Jason's life, he and I lived with my mom (his Nana) and my younger brother Daniel (his uncle). I mention this because my younger brother is 49 years old non-verbal, low functioning, Autistic. Daniel (my brother) has always had an ability to regonize a persons inner spirit and communicate with an energy of love and understanding towards others, including Jason. Jason and Daniel have always had an incredible relationship. Even in recent years when Jason would come visit, Daniel would light up when he saw Jason.

Because Daniel is non-verbal and low functioning, Jason learned as he grew up, to help others and take care of others.

As Jason grew up, he helped his Uncle Daniel by playing and interacting together. One time when Jason was around three years old, Jason saw that his Uncle Daniel had opend the fridge and was going to get stuff out. Daniel would sometimes find the pickle jar, take the cap off and

drink pickle juice. This particular time, Jason stood in front of his Uncle Daniel (who is 6'2" tall) and said, "No Uncle Daniel. Close the door". Daniel looked down at Jason and listened to this tiny person (Jason) and closed to door. Pickle juice mess was prevented, this time.

Jason decided at a very young age that he wanted to go into the military to serve like my dad (his grandfather) had served. Jason is the only one in the immediate generation who had or is serving. Jason never had to opportunity to meet his grandfather in this life. (My dad was shot and killed by a burglar in the apartment building my dad did maintenence for in February 1984.) Jason and my dad worked very hard to do well in serving our country.

Jason participated in school choir through elementary,  middle and high school. He enjoyed sharing his talent of singing with others. Jason also took JROTC in high school and eventually joined the Air Force in 2015.

Jason's first duty station was Fort Meade, for the NSA.

In 2019 Jason was deployed to Afghanistan. As his mom that was scary and very stressful. Jason excelled at the assignments he was given.  Jason worked in the National Security Agency (NSA), as a Signal Analyst. Jason would be in direct contact with our troops on the ground from an

airplane Jason was in. Jason would relay information directly to the troops on the ground and those troops would capture combatants. One of Jason's Commanders later told me that Jason had in fact saved numerous troops lives in Afghanistan because of the work he had done while serving over there. Jason received a commendation for his work in Afghanistan.

When Jason returned from Afghanistan, I knew, as a mom, he was troubled by things he experienced or saw in Afghanistan. Jason didn't talk about his time over in Afghanistan. You see, in the Air Force, at that time, an Airman could seek help with mental health, but the Commander of that Airman could read the Airman's file any time the Commander wanted to and didn't have to get permission from the Airman. No one wants to discuss mental health issues, knowing someone else is going to read those discussions.

Jason tried on his own to deal with his mental health by himeself. Jason's depression and PTSD from Afghanistan, in my opinion, took Jason down the wrong path last year.

Jason isn't the only one in the military who has tried to fight and take care of their mental health on their own, because to the stigma in the military, "if a service member has mental health issues then something is wrong with that military member and they mustn't be able to do their

job". Which is wrong in itself. I understand now there is the Brandon rule, which addresses that stigma.

Jason has taken responsibility for his actions, that has brought him to this point in his life. I'm proud of the efforts and progress he is making. Jason has a good heart and wants to keep helping others. The rules and guidelines set up for him these past several months have helped him get his right frame of mind and show the good he can give back to others.

Jason has not been in trouble before. Jason will always be my baby boy. He did what was asked of him in Afghanistan. He saved our troops. Unfortunately, in my opinion, the Air Force didn't save my son from the nightmares, depression and PTSD.

If at all possible, please allow Jason to continue the work he is doing at Bean's Café, by helping others. Because when Jason is helping others he is actually helping himself return to the man I know him to be. I praise God for letting me be Jason's mother. He will always be my "favorite son" (something I say to him all the time) and he calls me his "favorite mom".

I appreciate you taking the time to read this letter.

Regards,

*Joy Gray*

Joy Faith Gray



**KEYSTONE INSURERS GROUP™**

Locally Owned & Operated By
**Brown's Insurance Agency, Inc.**
P.O. Box 1219
Manassas, VA 20108-1219
Tel: 703-368-0333
Fax: 703-368-2742
Info@BrownsInsurance.com

November 3, 2023

Judge Joshua Kindred

c/o Public Defenders Office

188 W. Northern Lights Blvd St 700

Anchorage AK 99503

RE: Jason Travis Gray

Dear Judge Kindred,

   I am writing to you on behalf of my nephew, Jason Travis Gray. Since he is my nephew, I have known Jason all of his life. He has always been polite and respectful, and a good example to those around him. It is my understanding that the prosecutors are attempting to paint Jason as an unpatriotic individual. Nothing could be further from the truth. Jason has always loved his country. He been extremely proud of his service in the Air Force. His Grandmother's kitchen has become a veritable shrine to Jason's service in the air force, and is full of photos and mementos that he has collected in the course of his service.

   Knowing Jason as I do, I can say withOut reservation that he is welcome in my home, and should he choose to pursue such a career, I would happily hire him in my business.

Sincerely,

Mike Brown, Vice-President

Brown's Insurance Agency Inc.

Homeowners, Automobile, Commercial Packages, Life, Health — All of Your Insurance Needs
9168 Prince William Street   Manassas, Virginia   www.brownsinsurance.com

**Alice C. McGinty**



**Clifton, Virginia 20124**

Dear Judge Kindred,

I have worked for Fairfax County Public School (FCPS) for 20 years. I have three sons aged 27, 23 and 21. I have known Jason Gray since he was in Middle School with my oldest. They sang in choir together for 6 years, from middle school through high school graduation. I watched him grow from a boy into a young man.

Jason was raised by his single mother who also supported her mother and her special needs brother. His mother and I were members of the volunteer choir board, and I had many opportunities to observe him with other adults and his peers. He was always a nice kid who was involved and helpful whenever we were participating in any Choir event such as concerts, fundraisers, trips, and volunteer activities. He always showed leadership and was respectful and considerate of others.

Please consider these facts in your decision.

Respectfully yours,

Alice McGinty (Nov 13, 2023 21:49 EST)

_____

Alice McGinty

November 12, 2023



Locally Owned & Operated By
**Brown's Insurance Agency, Inc.**
P.O. Box 1219
Manassas, VA 20108-1219
Tel: 703-368-0333
Fax: 703-368-2742
Info@BrownsInsurance.com

## KEYSTONE INSURERS GROUP™

November 3, 2023

Judge Joshua Kindred

c/o Public Defenders Office

188 W. Northern Lights Blvd St 700

Anchorage AK 99503

RE: Jason Travis Gray

Dear Judge Kindred,

I am writing to you on behalf of my nephew, Jason Travis Gray. Since he is my nephew, I have known Jason all of his life. He has always been polite and respectful, and a good example to those around him. It is my understanding that the prosecutors are attempting to paint Jason as an unpatriotic individual. Nothing could be further from the truth. Jason has always loved his country. He been extremely proud of his service in the Air Force. His Grandmother's kitchen has become a veritable shrine to Jason's service in the air force, and is full of photos and mementos that he has collected in the course of his service.

Knowing Jason as I do, I can say withOut reservation that he is welcome in my home, and should he choose to pursue such a career, I would happily hire him in my business.

Sincerely,

Mike Brown, Vice-President

Brown's Insurance Agency Inc.

Homeowners, Automobile, Commercial Packages, Life, Health — All of Your Insurance Needs
9168 Prince William Street   Manassas, Virginia   www.brownsinsurance.com

Glen Allen, VA 23059    *HbI*

November 20, 2023

Dear Judge Kindred,

My name is Hailey Irr. I am 28 years old, and I work as a financial analyst in the banking industry. I own a home in Richmond, where I live with my husband and two dogs.

I met Jason in our freshman year of high school. We were in choir together, and hung out with the same friend group. We didn't interact a whole lot until our choir trip to NYC in the spring. I was pretty shy, but I remember Jason making a point of making me feel included when dividing ourselves up into tour groups, dinner table groups, and choosing bus seats. Jason and I became friends on the bus ride back from NYC when we sat together, and he made an effort to get to know me. As a shy freshman, I remember going home being excited about the new friend I'd made.

Throughout high school, I saw Jason as an active participant in the choir. He seemed to make friends easily, and took choir rehearsals and performances seriously. Apart from choir, I know JROTC was also important to Jason. For as long as I can remember, I knew Jason wanted to be in the Air Force, not just "the military" - he had specific plans and goals. He had a strong desire to serve his country, and to be a part of something much bigger than himself. I always respected this about him.

Jason and I dated in our last six months of high school. He was a likeable guy with a good sense of humor, respect for authority, and a desire to help others. He was always quick to volunteer to help with setting up for choir concerts and other events. He was trusted by his peers and adults alike. I know he got along really well with my mom, and was also highly regarded by our choir director. As a type-A rule follower, I valued all of these things in a boyfriend.

Our relationship ended around the time of graduation. We were headed separate ways, and our interest in each other seemed to be taking different directions. We swiftly fell out of contact. While it is difficult to end a teenage relationship on good terms, I never held any ill will toward Jason.

To this day, I hold Jason in high regard for one big reason. Maybe a year or so after we had lost touch, I received a message from Jason. He reached out to me out of the blue to apologize for the way that things had ended between us. He told me that I was good to him, and that I deserved better. I was so surprised, and honestly flattered, by this spontaneous apology. I hadn't thought he'd owed me one. Whatever prompted this moment of reflection for Jason made it clear to me that he had grown. This was not an attempt to rekindle a friendship or try to get back together. There was nothing for him to get in return for this apology. He simply wanted to set things right. That's Jason, to me -

someone who wants to do right by people; someone inclined toward reflection and personal growth.

Sincerely,

*Hailey Ivee*